UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRADY SCOTT WESTON, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RCS CAPITAL CORPORATION, RCAP HOLDINGS, LLC, RCAP EQUITY, LLC, NICHOLAS S. SCHORSCH, BRIAN S. BLOCK, EDWARD MICHAEL WEIL, WILLIAM M. KAHANE, BRIAN D. JONES, PETER M. BUDKO, MARK AUERBACH, JEFFREY BROWN, C. THOMAS MCMILLEN and HOWELL WOOD,<br><br>　　　　　　　Defendants. | **Case No. 14-cv-10136 (GBD)**<br><br>ECF Case<br><br><br><br>**SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY** |

　　　　PLEASE BE ADVISED that voluntary petitions for relief under Chapter 11 of the Bankruptcy Code were filed by RCS Capital Corporation and its affiliated debtors (collectively, the "Debtors"), on January 31, 2016 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and docketed as Case No. 16-10223. Copies of the notices of commencement and petition filed by RCS Capital Corporation is attached hereto as Exhibit A and are incorporated herein by reference.

　　　　PLEASE BE FURTHER ADVISED that pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors continue to manage their property as debtors-in-possession.

　　　　PLEASE BE FURTHER ADVISED that certain actions against the Debtors, such as the commencement or continuation of any litigation that could have been or was commenced before the Petition Date, are stayed pursuant to Bankruptcy Codes section 362(a) as of the Petition Date.

Any action taken against the Debtors or their property, or exercising control of a property of the Debtors, including, without limitation, pursuing causes of action that are property of the estate of the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court is void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.

Dated: New York, New York
February 1, 2015

By: /s/ *James P. Smith III*

James P. Smith III
John E. Schreiber
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone: 212.294.6700
Fax: 212.294.4700
jpsmith@winston.com
jschreiber@winston.com

*Attorneys for RCS Capital Corp., RCAP Holdings, LLC, RCAP Equity, LLC, Michael Weil, William M. Kahane, Brian D. Jones, Peter M. Budko, Mark Auerbach, Jeffrey Brown, C. Thomas McMillen and Howell Wood*