**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRADY SCOTT WESTON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>RCS CAPITAL CORPORATION, RCAP HOLDINGS, LLC, RCAP EQUITY, LLC, NICHOLAS S. SCHORSCH, BRIAN S. BLOCK, EDWARD MICHAEL WEIL, WILLIAM M. KAHANE, BRIAN D. JONES, PETER M. BUDKO, MARK AUERBACH, JEFFREY BROWN, C. THOMAS MCMILLEN, and HOWELL WOOD<br><br>        Defendants. | Civ. No. 1:14-CV-10136-GBD |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**
**AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Lead Plaintiffs, Oklahoma Police Pension Fund and Retirement System and City of Providence, Rhode Island ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class, through their counsel, will move this Court on September 28, 2017 at 10:00 a.m., before the Honorable George B. Daniels for orders, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; and (2) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs submit and are filing herewith the: (1) Memorandum of Law in Support of Lead Plaintiffs'

Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation, dated

August 14, 2017; and (2) Joint Declaration of Deborah Clark-Weintraub and Ira A. Schochet in

Support of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and

Plan of Allocation and Lead Counsel's Motion for Award of Attorneys' Fees and Payment of

Litigation Expenses, dated August 14, 2017, with annexed exhibits.

      Proposed orders will be submitted with Lead Plaintiffs' reply submission, after the

deadlines for objecting and seeking exclusion have passed.


DATED:  August 14, 2017            Respectfully submitted,

                           **LABATON SUCHAROW LLP**

                           By:    */s/ Ira A. Schochet*
                           Joel H. Bernstein
                           Ira A. Schochet
                           Eric D. Gottlieb
                           140 Broadway
                           New York, NY 10005
                           Telephone: (212) 907-0700

                           -and-

                           **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

                           Deborah Clark-Weintraub
                           Max R. Schwartz
                           The Helmsley Building
                           230 Park Avenue, 17th Floor
                           New York, New York 10169
                           Telephone: (212) 223-6444

                           *Lead Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, I caused the foregoing Notice of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation to be served electronically on all ECF participants.

/s/   *Ira A. Schochet*
Ira A. Schochet